USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2019

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>FARXIGA (DAPAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to Beverly Bailey v. Bristol-Myers Squibb Co. et al.*, 17-cv-07750. | 17-MD-2776 (LGS)<br>17-MC-2776 (LGS) |

## [PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), entered into by Plaintiff Beverly Bailey and Defendants Bristol-Myers Squibb Co., AstraZeneca LP, and AstraZeneca Pharmaceuticals LP.

**IT IS HEREBY ORDERED** that Plaintiff Beverly Bailey's case is hereby DISMISSED WITH PREJUDICE. It is further **ORDERED** that each party shall bear their own costs and attorneys' fees.

Dated: January 28, 2019

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE